**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

**MINUTE SHEET**

**UNITED STATES OF AMERICA**            **Date:    July 28, 2015**

**vs.**                                                  **Case No.: 2:13-CR-4039-BCW-1**

**TRACY DAVIS**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:    Sentencing**

**Time Commenced:   10:58 am**                         **Time Terminated: 11:31 am**

---

### APPEARANCES

**Plaintiff's counsel: Lauren Kummerer, AUSA**
**Defendant's counsel: Troy Stabenow**
**Probation officer: Tracy Cowin**
**Interpreter: n/a**

---

**PROCEEDINGS IN COURTROOM:**   Above parties present.   Acceptance of Plea of guilty and Adjudication of Guilt as to defendant.   There are no objections to the Presentence Report and Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Counsel makes sentence recommendations.   Defendant accorded allocution.   Court grants government's motions (doc #81 & doc #82).

**SENTENCE:** Defendant sentenced to Count 4 of the superseding indictment, followed by 5 years supervised release.   Fine waived; MSA: $100.   Standard/Additional Conditions of Supervision imposed.   Defendant remanded to the custody of USM.   Defendant advised of right to appeal.   All remaining counts dismissed.

---

**Court Reporter:      Denise Halasey**
**Courtroom Deputy:  Carrie James**